435 A.2d 916

Commonwealth v. Yock, Appellant.

Submitted January 13, 1981. John H. Corbett, Jr., for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Order affirmed.